# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY SIRACUSA,** | ) Case No. 2:11-cv-05394-SVW-JEM |
| Plaintiff, | ) ORDER |
| vs. | ) |
| **WINDSOR EQUITY GROUP, INC.;** and **GREG BRANTLEY, an individual,** | ) |
| Defendants. | ) |

FILED
CLERK, U.S. DISTRICT COURT
JAN 18 2012
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6   ✓
JS-2/JS-3
Scan Only

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 17 day of January, 2012.



The Honorable Stephen V. Wilson

Order to Dismiss - 1